1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11  HORST BARABASCH,                  )  Civil No. 06cv1959 LAB(RBB)
                                      )
12               Plaintiff,           )  ORDER SETTING TELEPHONIC CASE
                                      )  MANAGEMENT CONFERENCE
13  v.                                )
                                      )
14  MERCK & COMPANY, INC., a          )
    corporation; MCKESSON             )
15  CORPORATION, a corporation;       )
    DOES 1-50, inclusive,             )
16                                    )
                 Defendants.          )
17  _____  )

18       The Court finds this case inappropriate for an early neutral

19  evaluation conference in light of the notice filed by Defendant

20  regarding the pending related Multi-District Litigation and the

21  intent to seek transfer of this case to the Eastern District of

22  Louisiana for coordinated proceedings.  Accordingly, counsel shall

23  participate in a telephonic case management conference with

24  Magistrate Judge Ruben B. Brooks on <u>February 7, 2007, at 8:00 a.m</u>

25  Counsel for Plaintiff is to initiate the call.  The purpose of the

26  conference is to set a timetable and schedule for future

27
28

proceedings and discovery and to explore possibilities for early settlement.

IT IS SO ORDERED.

Dated: September 22, 2006

RUBEN B. BROOKS
United States Magistrate Judge

cc: All Parties of Record