1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 | HORST BARABASCH, ) | Civil No. 06cv1959 LAB(RBB) |
| 12 | Plaintiff, ) ) | ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE |
| 13 | v. ) | |
| 14 | MERCK & COMPANY, INC., a ) corporation; MCKESSON ) | |
| 15 | CORPORATION, a corporation; ) DOES 1-50, inclusive, ) | |
| 16 | ) | |
| 17 | Defendants. ) _____) | |

18     The Court finds this case inappropriate for an early neutral
19 evaluation conference in light of the notice filed by Defendant
20 regarding the pending related Multi-District Litigation and the
21 intent to seek transfer of this case to the Eastern District of
22 Louisiana for coordinated proceedings.  Accordingly, counsel shall
23 participate in a telephonic case management conference with
24 Magistrate Judge Ruben B. Brooks on <u>February 7, 2007, at 8:00 a.m</u>
25 Counsel for Plaintiff is to initiate the call.  The purpose of the
26 conference is to set a timetable and schedule for future
27
28

proceedings and discovery and to explore possibilities for early settlement.

IT IS SO ORDERED.

Dated:   September 22, 2006

RUBEN B. BROOKS
United States Magistrate Judge

cc:   All Parties of Record